Docket as of September 12, 2000 7:30 pm Page 1

Proceedings include all events. CSSTAY
3:99cv263 Advocates For Specia, et al v. OR Dept Education, et al 4/4/00
CSSTAY 4/4/00

U.S. District Court
U.S. District Court for the District of Oregon (Portland)

CIVIL DOCKET FOR CASE #: 99-CV-263

Advocates For Specia, et al v. OR Dept Education, et al Filed: 02/22/99
Assigned to: Honorable Garr M King Jury demand: Plaintiff
Demand: $0,000 Nature of Suit: 440
Lead Docket: None Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1331 Federal Question: Other Civil Rights

| | |
|---|---|
| ADVOCATES FOR SPECIAL KIDS<br>Plaintiff | Jeffrey P Foote<br>[COR LD NTC]<br>Foote & Associates<br>1515 SW Fifth Ave<br>Suite 808<br>Portland, OR 97201<br>503-228-1133<br>FTS 228-1556<br><br>Sid Wolinsky<br>[COR LD]<br>Alison Ming Aubry<br>[COR LD]<br>Josh Konecky<br>[COR LD]<br>Disability Rights Advocates<br>449 15th Street<br>Suite 303<br>Oakland, CA 94612<br>510-451-8644<br>FTS 451-8511<br><br>Adel P Kimmel<br>[COR LD]<br>Sarah Posner<br>[COR LD]<br>Trial Lawyers for Public<br>Justice PC<br>1717 Massachusetts Ave NW<br>Suite 800<br>Washington, DC 20036<br>202-797-8600<br>FTS 232-7203 |
| EDITH WYRICK, by her guardian<br>ad litem Catherine Wood Wyrick<br>Plaintiff | Jeffrey P Foote<br>(See above)<br>[COR LD] |

Docket as of September 12, 2000 7:30 pm Page 2

Proceedings include all events. CSSTAY
3:99cv263 Advocates For Specia, et al v. OR Dept Education, et al
4/4/00

| | |
|---|---|
| | Sid Wolinsky<br>(See above)<br>[COR LD]<br>Alison Ming Aubry<br>(See above)<br>[COR LD]<br>Josh Konecky<br>(See above)<br>[COR LD]<br><br>Adel P Kimmel<br>(See above)<br>[COR LD]<br>Sarah Posner<br>(See above)<br>[COR LD] |
| AARON WEINGARTEN, by his gardian ad litem Darlene Weingarten<br>Plaintiff | Jeffrey P Foote<br>(See above)<br>[COR LD]<br><br>Sid Wolinsky<br>(See above)<br>[COR LD]<br>Alison Ming Aubry<br>(See above)<br>[COR LD]<br>Josh Konecky<br>(See above)<br>[COR LD]<br><br>Adel P Kimmel<br>(See above)<br>[COR LD]<br>Sarah Posner<br>(See above)<br>[COR LD] |
| TARA PETERSON, by her guardian ad litem Mary Peterson<br>Plaintiff | Jeffrey P Foote<br>(See above)<br>[COR LD]<br><br>Sid Wolinsky<br>(See above)<br>[COR LD]<br>Alison Ming Aubry<br>(See above)<br>[COR LD]<br>Josh Konecky<br>(See above)<br>[COR LD] |

Docket as of September 12, 2000 7:30 pm Page 3

Proceedings include all events. CSSTAY
3:99cv263 Advocates For Specia, et al v. OR Dept Education, et al
4/4/00

| | |
|---|---|
| | Adel P Kimmel<br>(See above)<br>[COR LD]<br>Sarah Posner<br>(See above)<br>[COR LD] |
| BRETT MCNEIL, by his guardian ad litem Cathie McNeil<br>Plaintiff | Jeffrey P Foote<br>(See above)<br>[COR LD]<br><br>Sid Wolinsky<br>(See above)<br>[COR LD]<br>Alison Ming Aubry<br>(See above)<br>[COR LD]<br>Josh Konecky<br>(See above)<br>[COR LD]<br><br>Adel P Kimmel<br>(See above)<br>[COR LD]<br>Sarah Posner<br>(See above)<br>[COR LD] |

v.

| | |
|---|---|
| SHEA KEITH IVEY, by his guardian ad litem Cynthia Kay Ivey<br>Plaintiff | Jeffrey P Foote<br>[COR LD]<br>Foote & Associates<br>1515 SW Fifth Ave<br>Suite 808<br>Portland, OR 97201<br>503-228-1133<br>FTS 228-1556<br><br>Sid Wolinsky<br>[COR LD]<br>Alison Ming Aubry<br>[COR LD]<br>Josh Konecky<br>[COR LD]<br>Disability Rights Advocates<br>449 15th Street<br>Suite 303<br>Oakland, CA 94612<br>510-451-8644 |

| | |
|---|---|
| | FTS 451-8511<br><br>Adel P Kimmel<br>[COR LD]<br>Sarah Posner<br>[COR LD]<br>Trial Lawyers for Public<br>Justice PC<br>1717 Massachusetts Ave NW<br>Suite 800<br>Washington, DC 20036<br>202-797-8600<br>FTS 232-7203 |
| OREGON DEPARTMENT OF EDUCATION,<br>an Oregon public entity<br>Defendant | Hardy Myers, Jr<br>[COR]<br>Department of Justice<br>Administration<br>100 Justice Building<br>Salem, OR 97310<br>503-378-6313<br><br>Stephen K Bushong<br>[COR LD NTC]<br>Dept of Justice<br>1162 Court Street NE<br>Room 450<br>Salem, OR 97310-0506<br>503-378-6313 |
| WAYNE FELLER, Chair of the<br>Oregon State Board of<br>Education<br>Defendant | Hardy Myers, Jr<br>(See above)<br>[COR]<br><br>Stephen K Bushong<br>(See above)<br>[COR LD NTC] |
| STAN BUNN, Oregon State<br>Superintendent of Public<br>Instruction<br>Defendant | Hardy Myers, Jr<br>(See above)<br>[COR]<br><br>Stephen K Bushong<br>(See above)<br>[COR LD NTC] |
| PORTLAND PUBLIC SCHOOLS, being<br>sued as: Portland Public | James N Westwood<br>[term 09/23/99] |

Case 3:99-cv-00263-KI Document 63 Filed 02/22/99 Page 5 of 10

```
Schools Board of Education, a     224-5858
public entity                     [COR LD NTC]




Docket as of September 12, 2000 7:30 pm                Page 5

Proceedings include all events.                                         CSSTAY
3:99cv263 Advocates For Specia, et al v. OR Dept Education, et al
                                                                        4/4/00
     Defendant                    Miller Nash Wiener Hager &
 [term  09/23/99]                 Carlsen
                                  111 SW 5th Avenue
                                  Suite 3500
                                  Portland, OR 97204
                                  503-224-5858
                                  FTS 224-0155


RON SAXTON, Chair of the          James N Westwood
Portland Public Schools Board      [term  09/23/99]
of Education                      (See above)
     Defendant                    [COR LD]
 [term  09/23/99]


BENJAMIN CANADA,                  James N Westwood
Superintendent of Portland         [term  09/23/99]
Public Schools                    (See above)
     Defendant                    [COR LD]
 [term  09/23/99]
```

Docket as of September 12, 2000 7:30 pm Page 6

Proceedings include all events. CSSTAY
3:99cv263 Advocates For Specia, et al v. OR Dept Education, et al
4/4/00

| | | |
|---|---|---|
| 2/22/99 | 1 | COMPLAINT - American With Disabilities Act of 1990; Section 504 of the Rehabilitation Act of 1973; Individuals with Disabilities Education Act; US Constitution; Oregon Constitution; Oregon State Law; Declaratory Relief and JURY TRIAL DEMAND (Cause Code: 28:1331cv ) (kirk) |
| 2/22/99 | 2 | ORDER Setting Discovery Schedule: Discovery due 6/22/99 & Pretrial order due 7/22/99 (kirk) |
| 2/22/99 | 3 | SUMMONS ISSUED as to Defendants Portland Public Schools, Ron Saxton, & Benjamin Canada (kirk) |
| 2/22/99 | 4 | SUMMONS ISSUED as to Defendant Oregon State Department of Education, Wayne Feller, & Stan Bunn (kirk) |
| 2/22/99 | 5 | MOTION (filed as a Petition) by Plaintiff Edith Wyrick FOR APPOINTMENT OF GUARDIAN AD LITEM (kirk) |
| 2/22/99 | 6 | MOTION (filed as Petition) by Plaintiff Aaron Weingarten FOR APPOINTMENT OF GUARDIAN AD LITEM (kirk) |
| 2/22/99 | 7 | MOTION (filed as Petition) by Plaintiff Tara Peterson FOR APPOINTMENT OF GUARDIAN AD LITEM (kirk) |
| 2/22/99 | 8 | MOTION (filed as Petition) by Plaintiff Brett McNeil FOR APPOINTMENT OF GUARDIAN AD LITEM (kirk) |
| 2/22/99 | 9 | MOTION (filed as Petition) by Plaintiff Shea Keith Ivey FOR APPOINTMENT OF GUARDIAN AD LITEM (kirk) |
| 2/22/99 | 10 | APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney Sid Wolinsky; Local Counsel: Jeffrey P. Foote representing Plaintiffs Advocates For Special Kids, Edith Wyrick, Aaron Weingarten, Tara Peterson, rett McNeil, & Shea Keith Ivey ; Fee paid, receipt # 408864; Approved 2/22/99 by Honorable M. King (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 11 | APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney Josh Konecky; Local Counsel: Jeffrey P. Foote representing Plaintiffs Advocates For Special Kids, Edith Wyrick, Aaron Weingarten, Tara Peterson, Brett McNeil, & Shea Keith Ivey ; Fee paid, receipt # 408864; Approved 2/22/99 by Honorable M. King (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 12 | APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney Alison Ming Aubry; Local Counsel: Jeffrye P. Foote representing Plaintiffs Advocates For Special Kids, Edith Wyrick, Aaron Weingarten, Tara Peterson Brett McNeil, & |

Shea Keith Ivey ; Fee paid, receipt # 408864; Approved 2/22/99 by Honorable M. King (counsel notified) (kirk) [Entry date 02/23/99]



| | | |
|---|---|---|
| 2/22/99 | 13 | ORDER APPOINTING FUARDIAN AD LITEM by Honorable Garr M. King: GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM of Catherine Wood Wyrick for Edith Wyrick in this action [5-1]; Signed 2/22/99 (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 14 | ORDER APPOINTING GUARDIAN AD LITEM by Honorable Garr M. King: GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM Darlene Weingarten for Aaron Weingarten in this action [6-1]; Signed 2/22/99 (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 15 | ORDER APPOINTING GUARDIAN AD LITEM by Honorable Garr M. King: GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM Mary Peterson for Tara Peterson in this action [7-1]; Signed 2/22/99 (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 16 | ORDER APPOINTING GUARDIAN AD LITEM by Honorable Garr M. King: GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM Cathie McNeil for Brett McNeil in this action [8-1]; Signed 2/22/99 (counsel notified) (kirk) [Entry date 02/23/99] |
| 2/22/99 | 17 | ORDER APPOINTING GUARDIAN AD LITEM by Honorable Garr M. King: GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM Cynthia Ivey for Keith Ivey in this action [9-1]; Signed 2/22/99 (counsel notified) (kirk) [Entry date 02/23/99] |
| 3/9/99 | 18 | CERTIFICATE OF SERVICE of by Plaintiff of Application for Admission Pro Hac Vice (kirk) [Entry date 03/10/99] |
| 3/10/99 | 19 | UNOPPOSED MOTION by Defendants OR Dept Education, Wayne Feller and Stan Bunn TO EXTEND TIME TO ANSWER TO APRIL 5, 1999 (ecp) [Entry date 03/11/99] [Edit date 03/11/99] |
| 3/10/99 | 20 | RECORD OF ORDER by Honorable Garr M. King GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER TO APRIL 5, 1999 [19-1]; Answer deadline reset to 4/5/99 for Benjamin Canada, Ron Saxton, Portland Pub Schools, Stan Bunn, Wayne Feller and OR Dept Education (counsel notified) (ecp) [Entry date 03/11/99] |
| 3/12/99 | 21 | RETURN OF SERVICE EXECUTED upon Defendants Portland Public Schools, Ron Saxton, & Benjamin Canada on 2/22/99 (kirk) [Entry date 03/15/99] |

3/12/99 22 RETURN OF SERVICE EXECUTED upon Defendants OR Dept Education, Wayne Feller, & Stan Bunn on 3/5/99 (kirk) [Entry date 03/15/99]



3/12/99 23 APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney Sarah Posner; Local Counsel: Jeffrey Foote representing Plaintiffs Advocates For Special Kids, Edith Wyrick, Aaron Weingarten, Tara Peterson, Brett McNeil, & Shea Keith Ivey ; Fee paid, receipt # 409149; Approved 3/12/99 by Honorable M. King (counsel notified) (kirk) [Entry date 03/17/99]

3/15/99 24 APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney Adele P. Kimmel; Local Counsel: Jeffrey Foote representing Plaintiffs Advocates For Special Kids, Edith Wyrick, Aaron Weingarten, Tara Peterson, Brett McNeil, & Shea Keith Ivey ; Fee paid, receipt # 409149; Approved 3/12/99 by Honorable M. King (counsel notified) (kirk) [Entry date 03/17/99]

4/2/99 25 MOTION by State Defendants FOR EXTENSION OF TIME TO ANSWER TO & including 4/15/99 (kirk) [Entry date 04/05/99]

4/6/99 26 RECORD OF ORDER by Honorable Garr M. King: GRANTING Unopposed MOTION FOR EXTENSION OF TIME TO ANSWER TO & including 4/15/99 [25-1]; Answer deadline reset to 4/15/99 for Stan Bunn, Wayne Feller, & OR Dept Education (counsel notified) (kirk) [Entry date 04/07/99]

4/13/99 27 UNOPPOSED MOTION by Defendants Portland Public Schools, & Ron Saxton, Benjamin Canada FOR EXTENSION OF TIME TO ANSWER TO & including 5/17/99 (kirk) [Entry date 04/14/99]

4/15/99 28 RECORD OF ORDER by Honorable Garr M. King: GRANTING Defendants MOTION FOR EXTENSION OF TIME TO ANSWER TO & including 5/17/99 [27-1]; Answer deadline reset to 5/17/99 for Benjamin Canada, Ron Saxton, & Portland Public Schools (counsel notified) (kirk)

5/11/99 29 RECORD OF ORDER by Honorable Garr M. King: Setting a Telephone Conference for 8:30am on 5/21/99 (counsel notified) (kirk)

5/21/99 30 RECORD OF PROCEEDINGS (Telephone Conference) before Honorable Garr M. King: ORDER setting a Telephone Conference at 8:45am on 6/17/99 (counsel notified) (kirk) [Entry date 05/25/99]

6/17/99 31 RECORD OF PROCEEDINGS before Honorable Garr M. King: Telephone conference held 6/17/99; ORDER setting a

| | | |
|---|---|---|
| | | Telephone Conference for 8:45am on 6/24/99to resolve issues (counsel notified) Court Rptr : Dennis Grube (kirk) [Entry date 06/18/99] |
| 6/24/99 | 32 | RECORD OF PROCEEDINGS before Honorable Garr M. King: Record of Telephone Conference; Judge Leavy has agreed to conduct a settlement conference; Parties to submit a proposed stipulation & Order for a 6-month stay on this case; ORDER setting a Telephone Conference at 9:00am on 12/10/99 (counsel notified) (kirk) |



| | | |
|---|---|---|
| 7/2/99 | 33 | STIPULATED ORDER FOR STAY OF CASE: This case is stayed for 6 months from the date of this order; Signed 7/1/99 by Honorable Garr M. King (See formal 2-Page Order) (counsel notified) (kirk) |
| 7/12/99 | 34 | NOTICE OF ADDRESS CHANGE by attorney Jeffrey P. Foote for Plaintiffs (kirk) [Entry date 07/14/99] |
| 9/22/99 | 35 | STIPULATED MOTION by Plaintiffs TO DISMISS DEFENDANTS PORTLAND PUBLIC SCHOOLS BOARD OF EDUCATION, RON SAXTON & BENJAMIN CANADA WITHOUT PREJUDICE & THAT NO COSTS OR ATTORNEY FEES SHALL BE AWARDED AT THIS TIME (tely) [Entry date 09/23/99] |
| 9/23/99 | 36 | ORDER by Honorable Garr M. King GRANTING stipulated MOTION TO DISMISS DEFENDANTS PORTLAND PUBLIC SCHOOLS BOARD OF EDUCATION, RON SAXTON & BENJAMIN CANADA WITHOUT PREJUDICE & THAT NO COSTS OR ATTORNEY FEES SHALL BE AWARDED AT THIS TIME [35-1] Signed 9/23/99 (counsel notified) (tely) |
| 12/10/99 | 37 | RECORD OF PROCEEDINGS (Telephone Conference) before Honorable Garr M. King Discovery and substantive motion practice will remain stayed. Telephone Status Conference set for 1:00pm on 4/4/00 (counsel notified) Court Rptr Dennis Grube (ljb) |
| 4/4/00 | 38 | RECORD OF PROCEEDINGS before Honorable Garr M. King: Telephone Status Conference held; ORDER: The case shall remain STAYED; ORDER: Telephone Status Conference SET for 9:00 am on 7/6/00; (See formal 1-page Minute Order) (counsel notified) Court Rptr (none) (wri) [Entry date 04/05/00] |
| 7/6/00 | 39 | RECORD OF PROCEEDINGS Of Telephone Conference before Honorable Garr M. King ORDER the case shall remain STAYED. ORDER setting Telephone Status Conference for 1:00pm on 8/31/00 (counsel notified) Court Rptr Dennis Grube (tely) |
| 8/31/00 | 40 | RECORD OF ORDER Of Telephone Conference by Honorable Garr M. King ORDER the case shall remain STAYED. ORDER setting further Telephone Status Conference for 1:00pm on |

11/30/00 (counsel notified) Court Rptr none (tely)
[Entry date 09/01/00]

[END OF DOCKET: 3:99cv263]